UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANTHONY CHAVIS<br>　　　　Plaintiff<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant | STIPULATION<br>OF DISCONTINUANCE<br><br>NO. 5:09-CV-463<br>(GTS/GHL) |

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice

without costs to either party as against the other. This stipulation may be filed *without* further notice with the Clerk of the Court.

Dated: ___August 12___, 2009

_____
James E. Reid, Esq.
Greene & Reid, PLLC
**Attorneys for Plaintiff**
173 Intrepid Lane
Syracuse, New York  13205
(315) 492-9665

_____
Mark E. Morrison, Esq.
US Attorneys Office
**Attorneys for Defendant**
P.O. Box 11754
Harrisburg, Pennsylvania  17108
(717) 221-4482

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge
Dated: __8/13/09__